IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Advanced Ambulatory Surgical Center, Inc., an Illinois Corporation,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| v. | ) Case No. 1:13-cv-07227<br>) |
| **Cigna Healthcare of Illinois, a Delaware Corporation.** | ) **Judge Leinenweber**<br>)<br>)<br>) |
| **Defendant.** | )<br>) |

## REPLY IN SUPPORT OF CGLIC'S MOTION TO STRIKE AASC'S JURY DEMAND

In its motion to strike, Defendant, Connecticut General Life Insurance Company, incorrectly sued as Cigna Healthcare of Illinois, Inc. ("CGLIC"), showed that the jury demand filed by Advanced Ambulatory Surgical Center, Inc. ("AASC") should be stricken, because AASC seeks reimbursement for treating patients covered under benefit plans governed by ERISA (Doc. #11), and ERISA does not allow for jury trials. *Mathews v. Sears Pension Plan*, 144 F.3d 461, 468 (7th Cir. 1998); *Richardson v. Astellas U.S. LLC Employee Ben. Plan and Life Ins. Co. of North America,* 610 F.Supp.2d 947, 950 (N.D. Ill. 2009).

AASC has responded by arguing that ERISA does not preempt the claims at issue, for the reasons set forth in AASC's response to CGLIC's motion to dismiss. (Doc. #19, referring to arguments in Doc. #20). CGLIC demonstrates in its reply to AASC's response to the motion to dismiss that ERISA does govern the plans and preempt AASC's claims. CGLIC incorporates that reply brief as its reply in support of its motion to strike the jury demand. Because the plans are governed by ERISA, AASC's claims are preempted, and its jury demand should be stricken.

WHEREFORE, CGLIC respectfully requests that this Honorable Court strike plaintiff's demand for a jury trial insofar as it applies to services that AASC allegedly furnished to members of benefit plans governed by ERISA.

Respectfully submitted:

Connecticut General Life Insurance Company, incorrectly sued as Cigna Healthcare of Illinois, Inc.

By:    s/ Peter E. Pederson
One of its attorneys

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 Phone
(312) 704-3001 Fax
dryan@hinshawlaw.com
ppederson@hinshawlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on January 27, 2014 he e-filed this document through the Court's CM/ECF system, and he caused a copy of this document to be emailed and mailed to counsel of record identified below.

/s/ Peter E. Pederson

## Service List

Thomas J. Pliura, M.D., Esq.
P.O. Box 130
Le Roy, IL 61752
tom.pliura@zchart.com
Ph. (309) 962-2299
Fax (309) 962-4646

130729611v1 0950484

130729611v1 0950484