IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Advanced Ambulatory Surgical Center, Inc., an Illinois Corporation,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **Cigna Healthcare of Illinois, a Delaware Corporation.** ) <br> ) <br> **Defendant.** ) | Case No. 1:13-cv-07227 <br><br> Judge Leinenweber |

## NOTICE OF SUPPLEMENTAL AUTHORITY

1. On January 27, 2014, the U.S. District Court for the Eastern District of New York entered a memorandum and order that addresses the same legal issues as defendant's motion to dismiss plaintiff's claims in this case. *See Enigma Mgmt. Corp. v. Multiplan, Inc.*, 13-CV-5524 ARR JO, --- F. Supp. 2d ----, 2014 WL 297269 (E.D. N.Y. Jan. 27, 2014) (attached as Exhibit 1). In *Enigma*, a provider of laboratory services alleged that United Healthcare denied payment for services it rendered because it had failed to collect cost shares and coinsurance that participants owed under the terms of ERISA-governed benefit plans that were administered by United. Seeking reimbursement for its services, the provider sued United in state court, alleging claims for unjust enrichment and fraud under state law.

2. The district court held that ERISA completely preempted the provider's state-law claims under *Aetna Health Inc. v. Davila*, 542 U.S. 200 (2004). The claim for unjust enrichment was completely preempted because the court would have to "interpret the plan to determine what payments the participants were required to make [and] whether United could properly reduce Enigma's payments if it did not collect those payments." 2014 WL 297269, at *7. Further, that claim was really a claim for benefits given United's contention that it was entitled "to withhold

the challenged funds under the provisions of the ERISA plan." 2014 WL 297269, at *9. The court found that the fraud claim was also completely preempted because the alleged misrepresentations "concern[ed] the existence, terms, or benefits of an ERISA plan." 2014 WL 297269, at *10.

3. Defendant respectfully submits that ERISA completely preempts the plaintiff's claims in this case for the same reasons that were cited by the court in *Enigma Mgmt. Corp*.

Respectfully submitted:

Connecticut General Life Insurance Company, incorrectly sued as Cigna Healthcare of Illinois, Inc.

By:    s/ Peter E. Pederson
One of its attorneys

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 Phone
(312) 704-3001 Fax
dryan@hinshawlaw.com
ppederson@hinshawlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 5, 2014 he e-filed this document through the Court's CM/ECF system, and he caused a copy of this document to be emailed and mailed to counsel of record identified below.

/s/ Peter E. Pederson

130739318v1 0950484

3

## Service List

Thomas J. Pliura, M.D., Esq.
P.O. Box 130
Le Roy, IL 61752
tom.pliura@zchart.com
Ph. (309) 962-2299
Fax (309) 962-4646

130739318v1 0950484