UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Advanced Ambulatory Surgical Center, Inc.
                         Plaintiff,

v.                                                                   Case No.: 1:13−cv−07227
                                                                  Honorable Harry D. Leinenweber

Cigna Healthcare of Illinois, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 30, 2014:

      MINUTE entry before the Honorable Harry D. Leinenweber: Cignas Motion to Dismiss [ECF No. 13], and Motion to Strike the jury demand in this case [ECF No. 11] are each granted in part and denied in part. AASC shall have twenty−one (21) days from the date of this Order to file an Amended Complaint. Status hearing set for 11/6/2014 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.